**Dewey Vernon McMILLAN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28412.

Court of Criminal Appeals of Texas.

Oct. 17, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the offense of driving a motor vehicle while intoxicated; the punishment, three days in jail and a fine of $100.

In the absence of a bond or recognizance on appeal, or a showing that appellant is in jail, we are without jurisdiction of this misdemeanor appeal.

The appeal is dismissed.